AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RAYMOND MANNING,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-101

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 21, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Administrative Law Judge's decision is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g). This case stands closed.

Approved by: ______________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 23, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*